1002

[No. 40650-1-II.   Division Two.   January 24, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD T. SANCHEZ, *Appellant*.

*Affirmed* by unpublished opinion per Johanson, J., concurred in by Hunt and Van Deren, JJ.

[No. 40703-5-II.   Division Two.   January 24, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. MATTHEW RICHARD WHITE, *Appellant*.

*Affirmed* by unpublished opinion per Armstrong, J., concurred in by Hunt and Johanson, JJ.

[Nos. 40898-8-II; 40905-4-II.   Division Two.   January 24, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT THEODORE RUDE, JR., *Appellant*.

*Affirmed* by unpublished opinion per Hunt, J., concurred in by Armstrong and Johanson, JJ.

[No. 40930-5-II.   Division Two.   January 24, 2012.]

*In the Matter of the Estate of* ROSE P. SOWDER.

SANDRA MITCHELL ET AL., *Appellants*, v. THE ESTATE OF ROSE P. SOWDER ET AL., *Respondents*.

*Affirmed* by unpublished opinion per Worswick, J., concurred in by Penoyar, C.J., and Van Deren, J.